IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW DIAMANTOS, | ) | |
| | ) | **Case No. 08 C 2036** |
| Plaintiff, | ) | |
| | ) | Honorable Judge John W. Darrah |
| vs. | ) | Presiding Judge |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendant. | ) | **JURY DEMANDED** |

## NOTICE OF MOTION

TO: Carol A. Poplawaski
Ogletree, Deakins, Nash, Smoak & Stweart
20 South Clark Street - 25th Floor
Chicago, Illinois 60603

Please take notice that on Wednesday, May 21, 2008, at 9:00 a.m., I shall appear before the Honorable Judge John W. Darrah, or any judge sitting in his stead, at the United States District Court, 219 S. Dearborn St., Chicago, Illinois, and then and there present the attached Motion to Strike Defendant's Affirmative Defenses 1, 4-10 and 13, a copy which is hereby served upon you by electronic means.

Submitted,
/s/ Charles Siedlecki

## CERTIFICATE of SERVICE

I Charles Siedlecki, an attorney to hereby state and depose that on May 13, 2008, I served a copy of the attached Motion to Strike Defendant's Affirmative Defenses 1,4, 5-10 and Plaintiff's Notice of Motion, to be served upon the above identified counsel of record, via electronic means.

/s/ Charles Siedlecki

Charles Siedlecki
Charles Siedlecki and Associates, P.C.
10540 South Western Avenue, Suite 405
Chicago, Illinois 46360
(773) 881-2535