IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW DIAMANTOS, | ) | |
| | ) | **Case No. 08 C 2036** |
| Plaintiff, | ) | |
| | ) | Honorable Judge John W. Darrah |
| vs. | ) | Presiding Judge |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendant. | ) | **JURY DEMANDED** |

### NOTICE OF FILING

TO:  Carol A. Popalawski
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
20 South Clark Street
Twenty-Fifth Floor
Chicago, Illinois 60603

Please take notice, that on Tuesday, May 20, 2008, I electronically filed Plaintiff's Reply in Support of Plaintiff's Motion to Strike Defendants Affirmative Defense(s). This document was electronically filed with the Clerk of the United States District Court Northern District of Illinois - Eastern Division.

Submitted,
/s/ Charles Siedlecki

### CERTIFICATE of SERVICE

I Charles Siedlecki, an attorney to hereby state and depose that on May 20, 2008, I served Plaintiff's Reply in Support of Plaintiff's Motion to Strike Defendants Affirmative Defense(s) a copy of and Plaintiff's Notice of Filing, to be served upon the above identified counsel of record, via electronic means.

/s/ Charles Siedlecki

Charles Siedlecki
Charles Siedlecki and Associates, P.C.
10540 South Western Avenue, Suite 405
Chicago, Illinois 46360
(773) 881-2535