# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2036 | **DATE** | 5/21/2008 |
| **CASE TITLE** | Diamantos vs. Union Pacific Railroad Company | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to strike defendant's affirmative defenses [8] is denied as stated specifically on the record. Status hearing set for 6/10/08 is vacated. Discovery ordered closed on 11/17/08. Pretrial conference set for 4/1/09 at 1:30 p.m. Jury trial set for 4/6/09 at 9:00 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|